AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| FRANCISCO CABRERA-VILLANUEVA<br>AKA: Jorge Sandoval | CASE NUMBER: 08cr2435-IEG |

I, <u>FRANCISCO CABRERA-VILLANUEVA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7-24-08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Francisco Cabrera_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

**FILED**
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY